

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:       01-13-00280-CR

Style:       Michael Wayne Starnes

      v. The State of Texas

Date motion filed[*]:       August 23, 2013

Type of motion:       Extension of time to file appellant's brief

Party filing motion:       Appellant

Document to be filed:       Appellant's brief

Is appeal accelerated?       No

If motion to extend time:

      Original due date:       May 1, 2013

      Number of previous extensions granted:     1       Current Due date: August 26, 2013

      Date Requested:       September 25, 2013

Ordered that motion is:

    ☑   Granted

        If document is to be filed, document due: September 25, 2013

        ☑     Absent extraordinary circumstances, the Court will not grant appellant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

  **Appellant requests an extension of time to file his brief. We grant appellant's motion and order appellant's brief be filed no later than September 25, 2013.**

Judge's signature:   /s/ Rebeca Huddle_____

        ☑ Acting individually     ☐ Acting for the Court

Panel consists of   _____

Date: September 3, 2013

November 7, 2008 Revision